No. 92–8864. NEWTOP *v.* SAN FRANCISCO COUNTY SUPERIOR COURT. Sup. Ct. Cal. Certiorari denied.

No. 92–8865. WILSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8866. MCCORMICK *v.* CITY OF DALLAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–8867. BURNS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–8869. LANGFORD *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 92–8871. YOUNG *v.* GROOSE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 92–8874. HILL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8875. FORD *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–8877. HARRIS *v.* BURTON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 92–8878. GRISWOLD *v.* BRYANT, ATTORNEY GENERAL OF ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–8879. HARRIS *v.* GRAMLEY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–8883. ORTIZ *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 92–8884. JAMES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8886. GLASS *v.* PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.